UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

    Plaintiff,    CASE NO.: 4:02-CR-50031-1FL

vs.    HON. PAUL V. GADOLA
    MAG. JUDGE WALLACE CAPEL, JR.

JEREMY PERNELL DRUMMOND,

    Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

  The Defendant appeared before the Court on April 17, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on November 21, 2005.

  The Defendant is charged with violation of the Mandatory Condition by being arrested by the Bishop Airport Police for the offense of using a credit card which did not belong to the Defendant in an attempt to board a plane for the state of New York; violation of Standard Condition Number One by attempting to board an airplane for the state of New York; and Violation of Condition Number Three by using the Internet for personal use rather than work-related business in order to purchase airline tickets.

  The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on October 5, 2005.

  Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by using the internet to purchase airline tickets with a credit card not belonging to him, as well as attempting to the leave the jurisdiction of the court without the permission of the supervising officer.

Further, the issue of bond in this matter appears to be moot.  The Defendant who has now been convicted in case number 05-CR-50077, has been remanded to the custody of the United States Marshal.  Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: April 18, 2006**　　　　　　　　　s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　**WALLACE CAPEL, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  Mark C. Jones, AUSA, , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: David Koelzer, Esq., Federal Defender Office, 653 S. Saginaw St., Ste. 105, Flint, MI 48502, United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

　　　　　　　　　　　　　　　　　　　　　　　　s/ James P. Peltier
　　　　　　　　　　　　　　　　　　　　　　　　James P. Peltier
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　　　　　　　　　　600 Church St.
　　　　　　　　　　　　　　　　　　　　　　　　Flint, MI 48502
　　　　　　　　　　　　　　　　　　　　　　　　810-341-7850
　　　　　　　　　　　　　　　　　　　　　　　　pete_peltier@mied.ucsourts.gov